IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY GENO MARTINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-243 |
| | ) | |
| NURSE ADAMS; DOCTOR LISE; CAPTAIN SHERMAN; DEPUTY JOHNSON; DEPUTY JONES; DEPUTY GILES; NURSE SUSAN; HEALTH SERVICES ADMINISTRATOR KRISTIE; DEPUTY HANLEY; DEPUTY KITCHENS; DEPUTY BROWN; DEPUTY KENT; DEPUTY CHESTER; LIEUTENANT WILSON; MAJOR ASKEW; DEPUTY HOWARD; DEPUTY ABBETT; SERGEANT BOYD; SERGEANT CRITE; and SERGEANT FANNING, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants.[1] | ) | |

**O R D E R**

On December 23, 2024, the Clerk of Court filed a complaint submitted by Plaintiff and issued a deficiency notice because Plaintiff had neither submitted the $405.00 filing fee nor a motion to proceed *in forma pauperis* ("IFP"). (See doc. nos. 1, 3.) The deficiency notice explained Plaintiff must pay the filing fee or submit an IFP motion within twenty-one days. (Doc. no. 3.) On January 6, 2025, the deficiency notice was returned as "Refused /

---

[1] The Court **DIRECTS** the **CLERK** to update the docket with respect to Defendant Heath Services Administrator Kristie's name in accordance with the above caption, which is consistent with the complaint. (Doc. no. 1, p. 4.)

2

Unable to Forward." (Doc. no. 4.) On January 13, 2025, the Clerk of Court received a notice of change of address from Plaintiff. (Doc. no. 5.)

Accordingly, the Court **DIRECTS** the **CLERK** to re-serve the December 23rd deficiency notice and IFP short form on Plaintiff at his new address. If Plaintiff intends to pursue this case, he must cure the filing fee deficiency by no later than Tuesday, January 28, 2025. Failure to cure the deficiency or to immediately inform the Court of any change of address while this action is pending will result in dismissal of this case without prejudice.

SO ORDERED this 14th day of January, 2025, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA