IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY GENO MARTINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-243 |
| | ) | |
| NURSE ADAMS; DOCTOR LISE; | ) | |
| CAPTAIN SHERMAN; DEPUTY | ) | |
| JOHNSON; DEPUTY JONES; DEPUTY | ) | |
| GILES; NURSE SUSAN; HEALTH | ) | |
| SERVICES ADMINISTRATOR KRISTIE; | ) | |
| DEPUTY HANLEY; DEPUTY KITCHENS; | ) | |
| DEPUTY BROWN; DEPUTY KENT; | ) | |
| DEPUTY CHESTER; LIEUTENANT | ) | |
| WILSON; MAJOR ASKEW; DEPUTY | ) | |
| HOWARD; DEPUTY ABBETT; | ) | |
| SERGEANT BOYD; SERGEANT CRITE; | ) | |
| and SERGEANT FANNING, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge recommended dismissing the case, as well as denying as moot a motion for injunctive relief, because Plaintiff has accumulated at least three strikes against him and cannot satisfy the dictates of the "imminent danger" exception of 28 U.S.C. § 1915(g). (See doc. no. 8, pp. 2-6.) The Magistrate Judge also recommended dismissing the case as a sanction for abusing the judicial process because Plaintiff provided a blatantly dishonest

representation of his litigation history. (Id. at 6-9.) In light of the dual reasons for dismissal, and because the recommendation for dismissal is without prejudice, the motion for leave to file an amended complaint is **DENIED**. (Doc. no. 10.) The motion to amend is also due to be denied because Plaintiff did not attach a copy of his proposed amendment or otherwise describe the substance of a proposed amendment. See United States ex rel. 84Partners, LLC v. Nuflo, Inc., 79 F.4th 1353, 1363 (11th Cir. 2023); Rosenberg v. Gould, 554 F.3d 962, 967 (11th Cir. 2009).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 7), **DENIES AS MOOT** the motion for injunctive relief, (doc. no. 2), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 13th day of March, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA